MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRIAN C. LEWIS (DCBN 476851)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Facsimile:  (510) 637-3724
   E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-0329 SBA |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE FOR DEFENDANT WILLIAMS AND TO EXCLUDE TIME FROM DECEMBER 6, 2011 TO FEBRUARY 10, 2012** |
| DUSTIN MICHAEL BURT and LATRICIA DASHAEN WILLIAMS, | ) ) | |
| Defendant. | ) ) | |

     Defendant Latricia Williams made her initial appearance before this Court on October 13, 2011. At that hearing the parties set the matter for a status conference on December 5, 2011. That hearing was continued to December 9, 2011 and scheduled to be a change of plea. However, the government recently produced additional discovery to defendant Williams, and defense counsel has requested some additional discovery from the government. In order to allow the defense time to review the additional discovery and the government time to collect the newly requested discovery, with the agreement of counsel and defendant Williams, the undersigned parties now stipulate and ask the Court to find and hold as follows:

     1. The hearing set for December 9, 2011 is rescheduled to February 10, 2012 at 10:00

ORDER CONTINUING HR'G FOR DEF. WILLIAMS AND EXCLUDING TIME
CR 11-0329 SBA

1  a.m (the first date listed as available on the court's public calendar in which counsel for both
2  parties are available) for a status hearing.
3      2. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C.
4  § 3161, from December 6, 2011 to February 10, 2012. Failure to grant the requested
5  continuance would unreasonably deny defense counsel reasonable time necessary for effective
6  preparation, taking into account the exercise of due diligence and the need for defense counsel to
7  continue to review the additional discovery with the defendant.
8      3. Given these circumstances, the Court finds that the ends of justice served by
9  excluding the period from December 6, 2011 to February 10, 2012 outweigh the best interest of
10 the public and the defendant in a speedy trial and filing of an indictment or information. 18
11 U.S.C. § 3161(h)(7)(A).
12     4. Accordingly, and with the consent of the defendant, the Court orders that the period
13 from December 8, 2011 to February 10, 2012, be excluded from Speedy Trial Act calculations
14 under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).
15     IT IS SO STIPULATED.

17 DATED: December 6, 2011           /s/
                                    CAMELLIA BARAY
18                                  Counsel for Latricia Dashaen Williams

20 DATED: December 6, 2011           /s/
                                    BRIAN C. LEWIS
21                                  Assistant United States Attorney

23     IT IS SO ORDERED.

25 DATED: 12/8/11                   *[signature: Saundra B Armstrong]*
                                    SAUNDRA BROWN ARMSTRONG
26                                  United States District Judge

ORDER CONTINUING HR'G FOR DEF. WILLIAMS AND EXCLUDING TIME
CR 11-0329 SBA                       -2-