MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRIAN C. LEWIS  (DCBN 476851)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Facsimile:  (510) 637-3724
   E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-0329 SBA |
|---|---|---|
|    Plaintiff, | ) | |
| | ) | **STIPULATION AND  ORDER TO CONTINUE SENTENCING TO JULY 17, 2012** |
| v. | ) | |
| LATRICIA DASHAEN WILLIAMS, | ) | |
|    Defendant. | ) | |
| | ) | |

     The defendant, Latricia Dashaen Williams, pled guilty to a superseding information on March 5, 2012, and is scheduled to be sentenced by this Court on June 19, 2012.  Counsel for the government now is scheduled to be in trial the week of June 18, and will be unavailable for sentencing on June 19. For this reason, with the agreement of counsel for both parties and the defendant, the parties now stipulate and ask the Court to find and hold as follows:

     1. This matter shall be set for sentencing before this Court on July 17, 2012 at 10:00 a.m.

   IT IS SO STIPULATED.

ORDER CONTINUING SENTENCING DATE
CR 11-0329 SBA

1

2  DATED: May 24, 2012                    /s/
                                          CAMELLIA BARRAY
3                                         Counsel for Latricia Dashaen Williams

4

5  DATED: May 24, 2012                    /s/
                                          BRIAN C. LEWIS
6                                         Assistant United States Attorney

7       IT IS SO ORDERED.

8

9  DATED: _5/25/12                        _Saundra B Armstrong_____
                                          SAUNDRA BROWN ARMSTRONG
10                                        United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER CONTINUING SENTENCING DATE
CR 11-0329 SBA                            -2-